PROBATION FORM NO. 35  
(DSC 5/12)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## United States District Court

### FOR THE

### District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| Jean Baptiste ) | Crim. No. 4:03CR00474-002 |

*[Stamp: RECEIVED CLERK'S OFFICE 2017 MAR 27 P 2: 14 DISTRICT COURT DISTRICT OF SOUTH CAROLINA CHARLESTON, SC]*

On February 24, 2004, the above named was placed on supervised release for a period of five (5) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

*/s/ Brenda J. Townes*  
Brenda J. Townes  
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this **27** day of **March**, 20**17**.

*/s/ C. Weston Houck*  
The Honorable C. Weston Houck  
Senior United States District Judge